UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REV. EARNEST LEE HOBLEY
413 LONGFELLOW STREET, N.W.
WASHINGTON, D.C. 20011
(202) 321-0068

CASE NUMBER  1:07CV00253

JUDGE: John D. Bates

VS.

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 02/01/2007

THE UNITED STATES OF AMERICA
UNITED STATES ATTORNEY GENERAL
ALBERTO GONZALES (SERVED)
950 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, D.C. 20530

## COMPLAINT

1. Plaintiff brings this action under the Civil Rights Act against false prosecution governed under the "Other Civil Rights" (non-employment) listed in the "L" section (440 Other Civil Rights) as listed on the JS-44 Civil Cover Sheet, rev. 2/01 DC.

## PARTIES

2. Plaintiff, Rev, Earnest Lee Hobley is a 50-year-old African American male who resides in Washington, D.C.

3. Defendant is the U.S. Attorney for the District of Columbia.

1

## FACTS

4. On February 5, 2004 at the trial (U.S. of America vs. Earnest Hobley case no. f03446 03) the government alleged that on February 7, 2003 Rev Hobley who was an employee of Kentucky Fried Chicken store located at 1944 Bladensburg Rd. N.E. left work at 5:00 p.m. with the cash bank deposit for the day. Rev. Hobley was supposed to take the money to the bank. The government alleged that Rev. Hobley never returned to work after February 7, 2003 and the deposit was never made. The government's theory is that Rev. Hobley kept the money.

5. On February 6, 2004 at the trial the government did not bring forward KFC's only accuser, Mr. Olu Adepegba because on February 2, 2004 Rev. Hobley's then attorney Corinne Schultz filed a motion for continued trial date with the DC Superior Court concerning case no. f3446-03 United States of America vs. Earnest Hobley. Attorney Schultz's motion informed the government concerning these facts. 1. Mr. Olu Adepegba reported to the DC Police Department that Rev. Hobley left the store with the money and never returned to work. 2. At the same time, Mr. Adepegba reported to KFC's payroll department that Rev. Hobley was still employed by KFC. Therefore, KFC's payroll department continued to issue payroll checks in Rev. Hobley's name, as Mr. Adepegba requested them to do. These payroll checks were sent to the KFC restaurant where Mr. Adepegba worked, as he requested. Since Mr. Hobley lo longer worked at KFC, he never received those checks. Instead, Mr. Adepegba himself endorsed and deposited them into KFC's account presumably Mr. Adepegba was pocketing KFC's cash receipts and

making up the difference with the payroll checks KFC's payroll department continued to send in Rev. Hobley's name. This is a "scam" which probably would have continued indefinitely. The scam only ended when Rev. Hobley made inquiries to KFC's payroll department as to why he had not received his final paycheck.

6. KFC conducted its own internal investigation regarding this matter and found that Mr. Adepegba, the person who accused Rev. Hobley of the theft was himself stealing money from KFC by fraudulently endorsing and depositing payroll checks in Rev. Hobley's name. This investigation was completed in January 2004.

7. Moreover, the government knew that this case was prepared as a felony. Rev. Hobley filed a motion informing the government that the individual, Mr. Olu Adepegba who reported this theft to the police claiming that Rev. Hobley had stolen money from KFC was in fact stealing money form KFC himself. The government verified that Mr. Adepegba told the police that Rev. Hobley no longer worked for KFC and at the same time Mr. Adepegba told KFC's payroll department that Rev. Hobley was still employed with KFC. Mr. Adepegba confessed to the government that he was receiving payroll checks in Rev. Hobley's name and fraudulently cashing them. When the government found out that Mr. Adepegba was a liar and a thief, the government filed an information charging Rev. Hobley with theft II.

8. On February 5, 2004, at the trial, the government did not bring forward KFC's only accuser, Mr. Olu Adepegba. The government did not bring forward the eyewitness who the government claims saw Rev. Hobley leave the store with KFC's funds However, the government did allow KFC's area coach, Mr. Marcus Jackson to lie to the honorable

Court under oath that he was the one who reported to the DC Police department that Rev. Hobley never made the bank deposit that he was responsible for making that day. The evidence that he government presented to the Court on the day of trial proved that the government knew that Rev. was innocent of the alleged theft. On February 6, 2004 the DC Superior Court found Rev. Hobley innocent KFC's alleged theft.

9. On October 6, 2006 Wachovia Bank Vice President Cynthia Parks verified with Rev. Hobley that the bank in fact received the deposit for which Rev. Hobley was responsible. Wachovia Bank vice president Cynthia Parks stated that the bank never told KFC general manager Mr. Adepegba that the bank did not receive the deposit that Rev. Hobley was responsible for making. Additionally, the bank did not tell KFC area coach Marcus Jackson that the deposit was not made. Moreover, Wachovia Bank vice president stated that the DC Police never investigated the matter with Wachovia bank. Wachovia bank vice president Ms. Parks stated that the bank never told the DC Police that the money was missing. According to Wachovia Bank vice president Cynthia Parks and Wachovia Attorney Grady C. Franks, Jr. confirmed that the bank record indicated that the money in question was never missing. The theft of the deposit for which Rev. Hobley was tried on February 5, 2004 never even occurred. In other words, no crime was ever committed.

## NATURE OF CLAIM

10. The nature of claim is based upon false prosecution, governed under the Civil Rights" (non-employment) listed in the "L" section (440 Other Civil

Rights) as listed on the JS-44 Civil Cover Sheet, rev. 2/01 DC.

## REMEDY REQUESTED

WHEREFORE, Plaintiff requests this Court to grant him the following relief:

1. Direct that defendant compensates the Plaintiff for pain and suffering damages that he suffered because of false prosecution; and

2. Direct that defendant compensate the Plaintiff for punitive damages for false prosecution; and

3. Direct that defendant compensate Plaintiff's attorney for reasonable attorney's fees and reimburse Plaintiff for costs that he incurred in being forced to bring this action for false prosecution; and

4. Grant such additional relief as the Court deems just and proper, and Wherefore, the premises considered, the Plaintiff demands judgment against the Defendant in the amount of $5,000.000,000.

## JURY DEMANDS

Plaintiff demands a trial by jury.

Respectfully Submitted,

*Rev. E. /s/ signature*

*pro se* Rev. Earnest Lee Hobley
413 Longfellow St, N.W.
Wash., D.C. 20011
(202) 321-0068

# CIVIL COVER SHEET

07-253
JDB

## I (a) PLAINTIFFS
Rev Earnest Lee Hobley

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __11001__
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
United States of America

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____

CASE NUMBER  1:07CV00253
JUDGE: John D. Bates
DECK TYPE: Civil Rights (non-employm
DATE STAMP: 02/01/2007

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Pro-Se
413 Longfellow Street N.W
Washington, DC 20011 (202)321-0068

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

☐ **A.** *Antitrust*
☐ 410 Antitrust

☐ **B.** *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C.** *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E.** *General Civil (Other)* OR ☐ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

False prosecution governed under the Civil Rights L section (440 other)

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
False prosecution governed under the civil Right L section (440 other)

VII. REQUESTED IN COMPLAINT   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ 5,000,000,000 Billion   JURY DEMAND: ☒ YES ☐ NO

VIII. RELATED CASE(S) IF ANY   (See instruction)   ☐ YES ☒ NO

DATE 2-1-07   SIGNATURE OF ATTORNEY OF RECORD  Curtee Hall

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

   I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

   III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

   IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

   VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

   VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

