# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY

vs.                                    CIVIL ACTION NO. 1:07CV00253 (JDB)

THE UNITED STATES OF AMERICA

### AFFIDAVIT OF SERVICE

I, Rev. Earnest Lee Hobley, hereby declare that on the _February_ day

of _10_, 2007, I mailed a copy of the summons and complaint, certified mail

return receipt requested, to Jeffrey Taylor, U. S. Attorney for the District of Columbia.

Attached hereto is the cert

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
 item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
 so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
 or on the front if space permits.

1. Article Addressed to:

The United States of America
United States Attorney General
Mr. Alberto Gonzales
950 Pennsylvania Av NW
Washington DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   FEB 14 07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from   7005 2570 0002 0234 6090

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**RECEIVED**

MAR - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Bridgette R. Lathern

BRIDGETTE R. LATHERN
Notary Public, State of Maryland
My Commission Expires July 26, 2010