UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY

vs.                              CIVIL ACTION NO. 1:07CV00253 (JDB)

THE UNITED STATES OF AMERICA

### AFFIDAVIT OF SERVICE

I, Rev. Earnest Lee Hobley, hereby declare that on the __February__ day of __17__, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Jeffrey Taylor, U. S. Attorney for the District of Columbia.

Attached hereto is the certified green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorney for the
District of Columbia
Jeffrey Taylor (civil Divis)
501 Third Street NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Earnest Tuken_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
FEB 20 2007

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer...): 7005 2570 0002 0234 6113

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-15

RECEIVED
MAR - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BRIDGETTE R. LATHERN
Notary Public, State of Maryland
My Commission Expires July 26, 2010