UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REV. EARNEST LEE HOBLEY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 07-253 (JDB)<br>ECF |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Plaintiff brings this action as a civil rights claim for false prosecution. Complaint ¶¶ 1, 10. He claims that he was improperly prosecuted for a theft that he didn't commit. Complaint. Rev. Hobley was accused of absconding with cash receipts one evening from his former employer, Kentucky Fried Chicken ("KFC"), instead of making a bank deposit. Id. He alleges that his former employer, KFC, investigated the crime and learned that a scam artist, Mr. Olu Adepegba was pocketing cash receipts and making up the difference by depositing paychecks improperly issued to Rev. Hobley. Complaint ¶ 6. Plaintiff alleges that he was the victim of fraud and that he was found innocent of the alleged theft in D.C. Superior Court on February 6, 2004. Plaintiff also alleges that the government knew that he was innocent but prosecuted him anyway. Complaint ¶ 8. He seeks compensatory damages for pain and suffering.

Defense counsel has begun an investigation of the facts of the case but has not completed it due to trial preparation and trial in *Maiso Bryant v. Michael Leavitt*, CA 05-250 (GK) which is ongoing. At this juncture, defense counsel does not have enough information to be able to respond to the allegations in the complaint.

An answer to the complaint is due on or about April 16, 2007. Defense counsel contacted Rev. Hobley by telephone on the evening of April 16, 2007, and sought his consent to a two-week extension of time. Rev. Hobley consented to defense counsel's request.

WHEREFORE, defendant moves for a two week extension of time, up to and including, April 30, 2007, for good cause shown.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____/s/_____
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April, 2007, a copy of the foregoing

Defendant's Motion for an Enlargement of Time was mailed, postage prepaid, to plaintiff, pro se

at the following address:

Rev. Earnest Lee Hobley
413 Longfellow St., N.W.
Washington, D.C. 20011

                                                /s/
                                    CHARLOTTE A. ABEL, D.C. Bar #388582
                                    Assistant United States Attorney
                                    Judiciary Center Building
                                    555 4th Street, NW
                                    Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REV. EARNEST LEE HOBLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-253 (JDB) |

**ORDER**

Upon consideration of Defendant's Consent Motion to Extend Time to Answer or Otherwise Respond to the Complaint, and there being no opposition, it is hereby

ORDERED that Defendant's Motion to Extend Time to Answer or Otherwise Respond to the Complaint is GRANTED, and it is

FURTHER ORDERED that Defendant shall answer or otherwise respond to the complaint on or before April 30, 2007.


Dated this ____ day of _____, 2007.


_____
JOHN D. BATES
United States District Judge

Copies

**Attorney for Defendant**
Charlotte A. Abel
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

**Plaintiff**
Rev. Earnest Lee Hobley
413 Longfellow St., N.W.
Washington, D.C. 20011