UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REV. EARNEST LEE HOBLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-253 (JDB) |
| ) | ECF |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF FILING**

Defendant submits the attached Amended Certificate of Service which should be substituted for the certificate filed with Defendant's Motion to Dismiss (Dk. # 6).

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

**AMENDED CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of May, 2007, a copy of the foregoing Defendant's Motion to Dismiss, Memorandum in support and proposed order were mailed, postage prepaid, to plaintiff, pro se at the following address:

Rev. Earnest Hobley
413 Longfellow St., N.W.
Washington, D.C. 20011

                                            /s/
                                  CHARLOTTE A. ABEL, D.C. Bar #388582
                                  Assistant United States Attorney
                                  Judiciary Center Building, 10th Floor
                                  555 4th Street, NW
                                  Washington, D.C. 20530