UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REV. EARNEST LEE HOBLEY, pro se,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>Defendant. | Civil Action No.  07-0253 (JDB) |

## DISMISSAL ORDER

Upon consideration of [6] defendant's motion to dismiss the complaint, plaintiff's opposition, and plaintiff's amended response thereto, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED**; and it is further

**ORDERED** that the complaint is **DISMISSED WITH PREJUDICE**.  This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date:   June 25, 2007