# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_Rev. Earnest Lee Hobley_
**Plaintiff**

**vs.**

Civil Action No. _07-0253 (JDB)_

_United States_
**Defendant**

## NOTICE OF APPEAL

Notice is hereby given this **23** day of **July**, 20 **07**, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the **25** day of **June**, 20 **07** in favor of **United States** against said **Rev. Earnest Lee Hobley**

_Rev. Earnest Lee Hobley_
**Attorney or Pro Se Litigant**

Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

CLERK

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JUL 2 3 2007

Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Charlotte A Abel
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, NW
Washington, D.C 20530