# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5254**  September Term, 2007

07cv00253



Earnest L. Hobley, Rev.,
  Appellant

v.

United States of America,
  Appellee

ATTACHED: ___ Amending Order
          ___ Opinion
          ___ Order on Costs

**BEFORE:** Sentelle, Randolph, and Brown, Circuit Judges

### O R D E R

Upon consideration of the motion for summary affirmance, and the response thereto, it is

**ORDERED** that the motion be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court properly dismissed appellant's suit under the Federal Tort Claims Act, because the United States has not waived its sovereign immunity for claims arising out of malicious prosecution. See 28 U.S.C. § 2680(h). Although appellant argues he stated a claim for false rather than malicious prosecution, appellant "may not substitute the name of a cause of action not included in section 2680(h) for one that is included where the alleged breach of duties in the two claims is identical." Kugel v. United States, 947 F.2d 1504, 1506-07 (D.C. Cir. 1991). Furthermore, the district court correctly held appellant did not present a written administrative claim to an appropriate federal agency within two years after his claim accrued. See 28 U.S.C. § 2401(b).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk